TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>MEDHAT MOURID,<br><br>A Fugitive from the Government of the Federal Republic of Germany. | 2:25-mj-06754<br><br>STATUS REPORT; EXHIBITS<br><br>[For Proceedings before the Honorable Maria A. Audero] |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby files the attached Status Report.

Dated: January 16, 2026	Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

 */s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**STATUS REPORT**

Pursuant to the Court's Order, dated January 7, 2026 (Docket No. 31), the United States provides the following information regarding "Mr. Mourid's medical treatment, diet, and exercise opportunities since the December 12, 2025, detention hearing" and responds to Mr. Mourid's January 9, 2026, declaration (Docket No. 32 at 7-8):

The United States has learned that, although Metropolitan Detention Center – Los Angeles ("MDC-LA") received the Court's December 12, 2025, Order the day after it was issued, it did not perform the required blood draw to test for MOURID's cholesterol level and white blood count until January 5, 2026. MDC-LA explained that delay was due, at least in part, to the recent holidays, the lack of a phlebotomist, a shortage of nurses, and the need to seek a local laboratory to analyze the blood. However, it also acknowledges that its medical staff should have conducted the testing before the Court-ordered deadline on December 19, 2025. MDC-LA has assured the United States and will assure the Court that it will do its best to ensure that it does not repeat this inadvertent oversight and follows exactly any future instructions from the Court.

With respect to MOURID's medication to address his high cholesterol, MDC-LA has relayed that MOURID's prescriptions for Zetia and Crestor were last filled on January 12, 2026, and December 20, 2026, respectively. Further, MDC-LA has received approval to prescribe refills of Zetia until January 2028, and Crestor until November 2026. MDC-LA was not able to determine when MOURID previously requested refills of these medications, but it noted that

to avoid gaps in receiving refills in the future, MOURID must request refills no later than five days before he runs out of medication.

With respect to MOURID's diet at MDC-LA, the institution follows a Heart Healthy diet-the Bureau of Prison's ("BOP") National High Rise Menu-that excludes fried foods. (Attached hereto as Exhibit A.) MDC-LA checked its records but was unable to find any request from MOURID for a special diet. This may be because of a recent change in the way electronic mail is distributed internally within MDC-LA. Nonetheless, on January 15, 2026, the Food Service Administrator spoke with MOURID to discuss his concerns regarding the menu and his diet. The Food Service Administrator advised MOURID that MDC-LA could make substitutions to his breakfast meal, but the lunch and dinner menus already are based on the BOP's Heart Healthy menu. The Food Service Administrator also provided MOURID with Inmate Request to Staff forms and advised where to turn them in whenever he has any issues or concerns regarding his confinement at MDC-LA. MDC-LA also advised the undersigned that the food provided to inmates at MDC-LA follows the BOP's national guidelines for food service, found in Program Statement 4700.07, Food Service Manual. (Attached hereto as Exhibit B.)

MDC-LA also confirmed that MOURID can exercise on the deck area of the facility and that there are no restrictions in that area preventing him from running, performing lunges, or engaging in other activities that increase his heart rate and cardiovascular health. Further, there are no restrictions preventing MOURID from exercising in his cell to supplement his existing physical activities.

Following the December 12, 2025, hearing, the United States provided MOURID's counsel with information on where he could send

MOURID's pre-incarceration medical records to be shared with MDC-LA's medical providers.  On December 16, 2025, MOURID's counsel wrote an e-mail to MDC-LA in which he stated that they were coordinating with MOURID's treating physician to transmit to MDC-LA MOURID's medical records and information about his medical conditions.  To date, MDC-LA has not received any such records from MOURID or his physicians.  While MOURID was last seen by a medical provider at MDC-LA on January 14, 2026,[1] it is unlikely that MDC-LA's medical staff can meaningfully address and treat his medical conditions without first examining his pre-incarceration medical records.

Finally, the United States was not aware of MOURID's recent complaints about the medical care he was purportedly receiving or not receiving, until January 9, 2026, when he filed his declaration with the Court.  The United States reiterates that if MOURID has dietary or medical issues that are not being addressed to his satisfaction, his counsel should either e-mail MDC-LA directly or contact the United States Attorney's Office, so that those concerns may be addressed promptly.

Prior to the January 27, 2026, hearing, the United States will provide updated medical records from MDC-LA to MOURID's counsel and will have those records available should the Court wish to review them at the hearing.  Further, the United States has requested that representatives from MDC-LA familiar with MOURID's case attend the hearing to address any of the Court's questions and concerns.

---

[1] At this visit, a BOP physician entered a consultation request for MOURID to see a cardiologist to determine if he is a candidate for Repatha injections, as MOURID would like to receive this medication.